MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
1880 E. Warm Springs Rd., Ste. 110
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff Cindy Lebie

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CINDY LEBIE<br><br>            Plaintiff,<br><br>vs.<br><br>AVADANIAN & ADLER; ANDERSON, CRENSHAW & ASSOCIATES, LLC., and NATIONAL SECURITY ALARMS, INC.<br><br>            Defendants. | CASE NO.: 2:10-CV-1633 LDG- PAL |

**DEFAULT JUDGMENT**

The ex parte motion of plaintiff Cindy Lebie  for default judgment against defendant National Security Alarms, Inc.,  having come before the Court  and the Court after having reviewed the motion and for good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Cindy Lebie shall have judgment against National Security Alarms, Inc., for in the sum of $2,171.55.

/ / /

/ / /

/ / /

1

1     IT IS FURTHER ORDERED that the contract between plaintiff Cindy Lebie and defendant
2 National Security Alarms, Inc. dated October 29, 2008 is declared to be null and void and of no force
3 or effect.

4     DATED this __9__ day of __February__, 2012

7     _____
    UNITED STATES DISTRICT JUDGE

9 Respectfully submitted by:
10 LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.

13 By: /s/ _____
    Michael F. Bohn, Esq.
14     Nevada Bar No. 1641
    1880 E. Warm Springs Road, Suite 110
15     Las Vegas, Nevada 89119
    Attorney for plaintiff