# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CINDY LEBIE,

    Plaintiff,

v.

AVADANIAN & ADLER, *et al.*,

    Defendants.

Case No. 2:10-cv-01633-LDG (PAL)

**NOTICE**

The plaintiff, Cindy Lebie, filed and served this matter in September 2010 on defendant Anderson, Crenshaw & Associates. Since that time, no further action has been taken with regard to this defendant. By contrast, as to the other co-defendants, Lebie voluntarily dismissed Avadanian & Adler, and obtained a default judgment as to National Security Alarms, Inc. As no proceeding of record has been taken against Anderson, Crenshaw & Associates for more than one year,

**THE COURT NOTIFIES** the plaintiff that if no action is taken in this case with respect to Anderson, Crenshaw & Associates by April 2, 2012, the Court will dismiss this matter for want of prosecution.

DATED this 17 day of February, 2012.

_____
Lloyd D. George
United States District Judge