# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CINDY LEBIE,

    Plaintiff,

v.

AVADANIAN & ADLER, *et al.*,

    Defendants.

Case No. 2:10-cv-01633-LDG (PAL)

**ORDER**

By notice given February 17, 2012, the Court notified the plaintiff, Cindy Lebie, that this matter would be dismissed for want of prosecution if no further action was taken by April 2, 2012.  A review of the docket establishes that no further action has been taken. Accordingly, for good cause shown,

**THE COURT ORDERS** that this matter is DISMISSED for want of prosecution.

DATED this ____ day of April, 2012.

_____
Lloyd D. George
United States District Judge